**OAKLAND COUNTY, Appellant, v. Kenneth M. KEEFE, Ernest E. Quantrell, and Pelham C. Wilmerding, Appellees.**

**No. 7738.**

Circuit Court of Appeals, Sixth Circuit.

June 4, 1937.

Robert D. Heitsch, of Pontiac, Mich., for appellant.

Goodenough, Voorhies, Long & Ryan and Dykema, Jones & Wheat, all of Detroit, Mich., and Thomson, Wood & Hoffman, of New York City, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a joint motion to docket and dismiss appeal has been filed, accompanied by certificate of the clerk of the District Court as provided by rule 18; on consideration whereof, it is ordered that the appeal be and the same is docketed and dismissed.

**Anna V. O'LAUGHLIN et al., Petitioners, v. Honorable Merrill E. OTIS, Judge of the U. S. District Court, Western District of Missouri.**

**No. 406 Orig.**

Circuit Court of Appeals, Eighth Circuit.

June 7, 1937.

Ringolsky, Boatright & Jacobs, of Kansas City, Mo., for petitioners.

Maurice M. Milligan, U. S. Atty., Thomas A. Costolow, Asst. U. S. Atty., and Sam C. Blair, Asst. U. S. Atty., all of Kansas City, Mo., for respondent.

PER CURIAM.

Application of petitioners for leave to file petition for writ of mandamus denied.